No. 88–5941. STUBBLEFIELD v. WILKENSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5942. ROBERTSON v. CITY OF EUNICE, NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 88–5945. SIMANONOK v. RANDLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5946. PEASE v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 88–5950. BRENNAN v. BRENNAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5967. MCDONALD v. SULLIVAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 88–5991. FORBES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–5997. WAKEFIELD v. BEYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6023. ROBERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6024. TURNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6039. OAKEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6069. VATTLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6070. WILLOUGHBY v. UNITED STATES; and
No. 88–6088. PRIOLEAU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–6076. GILLIARD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–6083. CRUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6094. FRALEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.